IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



UNITED STATES OF AMERICA

v.  Criminal No. 3:99CR201

TRAVIS McKINNLEY FRIEND

## MEMORANDUM OPINION

By Memorandum Opinion and Order entered on June 13, 2003, the Court denied a motion under 28 U.S.C. § 2255 filed by Travis McKinnley Friend. (ECF Nos. 603, 604.) On April 29, 2015, the Court received another request for relief under 28 U.S.C. § 2255 ("§ 2255 Motion") from Friend. This document must be treated as a successive, unauthorized 28 U.S.C. § 2255 motion.

The Antiterrorism and Effective Death Penalty Act of 1996 restricted the jurisdiction of the district courts to hear second or successive applications for federal habeas corpus relief by prisoners attacking the validity of their convictions and sentences by establishing a "gatekeeping mechanism." Felker v. Turpin, 518 U.S. 651, 657 (1996) (internal quotation marks omitted). Specifically, "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A).

Because the Fourth Circuit has not authorized this Court to entertain Friend's successive § 2255 Motion, the successive § 2255 Motion (ECF No. 734) will be dismissed for want of jurisdiction.

Friend also has moved for a bill of particulars. Friend fails to demonstrate why his is entitled a to bill of particulars at this late date. Friend's Motion for a Bill of Particulars (ECF No. 735) will be denied. The Court will deny a certificate of appealability.

The Clerk is directed to send a copy of this Memorandum Opinion to Friend and counsel for the United States.

Date: MAY 1 9 2015  
Richmond, Virginia

/s/  
Robert E. Payne  
Senior United States District Judge